Tuesday        7th

May, 1996.


Crystal F. Bowen,                                          Appellants,

 against       Record No. 1532-94-3
               Claim No. 163-78-25

Automotive Industries, Inc. and
 Employers Insurance of Wausau,                            Appellees.


From the Virginia Workers' Compensation Commission


An order dated March 7, 1996 was received from the Supreme
Court of Virginia on March 27, 1996 and is recorded as follows:

Automotive Industries, Inc., et al.,                       Appellants,

 against       Record No. 951843

Crystal F. Bowen,                                          Appellee.


From the Court of Appeals of Virginia


Upon consideration of the petition for appeal and the brief
in opposition filed herein, an appeal is awarded the appellants from a
judgment rendered by the Court of Appeals of Virginia on September 12,
1995, in the above-styled proceeding.  Upon further consideration, the
said judgment is vacated and the case is remanded to the Court of
Appeals of Virginia for reconsideration in light of this Court's
decisions in The Steinrich Group, et al. v. Claudia H. Jemmott, Record
No. 950829, Perdue Farms, Inc. v. Linda Kay Martin, Record No. 951050,

and <u>Wampler-Longacre Chicken, Inc. et al.</u> v. <u>Shirley A. Biller</u>, Record No. 951072 (March 1, 1996).

This order shall be certified to the Court of Appeals of Virginia and to the Virginia Workers' Compensation Commission.

A Copy,

Teste:

David B. Beach, Clerk

By:

/s/ Patricia H. Krueger
Deputy Clerk

A Copy,

Teste:

Clerk